# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 13-2137 |
| **Originating No. & Caption** | 8:08-cv-00409 (PJM)(CBD) |
| **Originating Court/Agency** | United States District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | August 12, 2013 | |
| Date notice of appeal or petition for review filed | September 10, 2013 | |
| If cross appeal, date first appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

01/30/2013
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ● Yes | ○ No |
| Has transcript been filed in district court? | ● Yes | ○ No |
| Is transcript order attached? | ○ Yes | ● No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ● Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| Nature of Case (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiff Beyond Systems Inc. is an internet service provider based in Maryland. It sued the defendants for transmitting false and deceptive email messages in violation of Maryland and California statutes. Maryland Commercial Law, Commercial Electronic Mail Act, sec. 14-3001 et seq.; Cal. Bus. & Prof. Code. sec. 17529 et seq. Federal jurisdiction is based upon diversity of citizenship.<br><br>This appeal is from a grant of summary judgment in favor of the defendants. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| 1. Is a plaintiff that meets the explicit requirements of the Maryland and California statutes nevertheless barred from bringing a lawsuit if its primary business is the pursuit of litigation?<br><br>2. Must a plaintiff that has received unlawful email messages demonstrate some additional harm in order to establish standing to sue?<br><br>3. Is the plaintiff's lawsuit barred by the doctrine of volenti non fit injuria, on the ground that it sought to attract unlawful email messages and made insufficient efforts to block their transmission?<br><br>4. Are a substantial number of claims in this case barred by a settlement agreement to which the plaintiff was not a party? |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Kraft Foods, Inc.<br>(See attached for additional counsel)<br>Attorney: Darrell J. Graham<br>Address: ROESER, BUCHEIT & GRAHAM LLC<br>　　　　　20 N. Wacker Dr., Ste. 1330<br>　　　　　Chicago, IL 60606<br><br>E-mail: dgraham@rbglegal.com<br><br>Phone: (312) 922-1200 | Adverse Party: Kraft Foods Global, Inc.<br>(See attached for additional counsel)<br>Attorney: Darrell J. Graham<br>Address: ROESER, BUCHEIT & GRAHAM LLC<br>　　　　　20 N. Wacker Dr., Ste. 1330<br>　　　　　Chicago, IL 60606<br><br>E-mail: dgraham@rbglegal.com<br><br>Phone: (312) 922-1200 |
| **Adverse Parties (continued)** ||
| Adverse Party: Vict. Th. Engwall & Co., Inc.<br>(See attached for additional counsel)<br>Attorney: Darrell J. Graham<br>Address: ROESER, BUCHEIT & GRAHAM LLC<br>　　　　　20 N. Wacker Dr., Ste. 1330<br>　　　　　Chicago, IL 60606<br><br>E-mail: dgraham@rbglegal.com<br><br>Phone: (312) 922-1200 | Adverse Party: Connexus Corp.<br>(See attached for additional counsel)<br>Attorney: J. Douglas Baldridge<br>Address: VENABLE LLP<br>　　　　　575 7th Street NW<br>　　　　　Washington, D.C. 20004<br><br>E-mail: jdbaldridge@venable.com<br><br>Phone: (202) 344-4000 |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: Beyond Systems, Inc.<br>(See attached for additional counsel)<br>Attorney: Richard K. Willard<br>Address: STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave NW<br>Washington DC 20036<br><br>E-mail: rwillard@steptoe.com<br>Phone: 202-429-6263 | Name:<br><br><br>Attorney:<br>Address:<br><br><br><br><br>E-mail:<br>Phone: |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br>Phone: |

**Signature:** /s/ Richard K. Willard     **Date:** 09/30/2013

**Counsel for:** Appellant Beyond Systems, Inc.

---

**Certificate of Service**: I certify that on 09/30/2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| John K. Roche<br>John M. Devaney<br>PERKINS COIE LLP<br>700 13th St., N.W., Suite 600<br>Washington, D.C. 20005-3960<br><br>Darrell J. Graham<br>John E. Bucheit<br>ROESER BUCHEIT & GRAHAM LLC<br>20 N. Wacker Dr., Ste. 1330<br>Chicago, IL 60606<br><br>Counsel for Appellees Kraft Foods Inc., Kraft Foods Global, and Vict. Th. Engwall & Co. | J. Douglas Baldridge<br>Lisa Jose Fales<br>Ari N. Rothman<br>Lauren E. Ingebritson<br>VENABLE LLP<br>575 7th Street, N.W.<br>Washington, DC 20004-1601<br><br>Counsel for Appellee Connexus Corp. |

Signature: /s/ Richard K. Willard     Date: 09/30/2013

ATTACHMENT TO DOCKETING STATEMENT
ADDITIONAL COUNSEL

CASE NO. 13-2137

*Beyond Systems, Inc. v. Kraft Foods Inc., et al.*

| | |
|---|---|
| Adverse Party: | **Kraft Foods, Inc.** |
| Attorney: | Darrell J. Graham |
| | John E. Bucheit |
| Address: | ROESER BUCHEIT & GRAHAM LLC |
| | 20 N. Wacker Dr., Ste. 1330 |
| | Chicago, IL 60606 |
| E-Mail: | dgraham@rbglegal.com |
| | jbucheit@rbglegal.com |
| Phone: | (312) 621-0301 |
| | |
| Adverse Party: | **Kraft Foods, Inc.** |
| Attorney: | John K. Roche |
| | John M. Devaney |
| Address: | PERKINS COIE LLP |
| | 700 13th St., N.W., Suite 600 |
| | Washington, D.C. 20005-3960 |
| E-Mail: | jdevaney@perkinscoie.com |
| | jroche@perkinscoie.com |
| Phone: | (202) 434-1627 |
| | |
| Adverse Party: | **Kraft Foods Global, Inc.** |
| Attorney: | Darrell J. Graham |
| | John E. Bucheit |
| Address: | ROESER BUCHEIT & GRAHAM LLC |
| | 20 N. Wacker Dr., Ste. 1330 |
| | Chicago, IL 60606 |
| E-Mail: | dgraham@rbglegal.com |
| | jbucheit@rbglegal.com |
| Phone: | (312) 621-0301 |
| | |
| Adverse Party: | **Kraft Foods Global, Inc.** |
| Attorney: | John K. Roche |
| | John M. Devaney |
| Address: | PERKINS COIE LLP |
| | 700 13th St., N.W., Suite 600 |
| | Washington, D.C. 20005-3960 |
| E-Mail: | jdevaney@perkinscoie.com |
| | jroche@perkinscoie.com |
| Phone: | (202) 434-1627 |

ATTACHMENT TO DOCKETING STATEMENT
ADDITIONAL COUNSEL

CASE NO. 13-2137

*Beyond Systems, Inc. v. Kraft Foods Inc., et al.*

| | |
|---|---|
| Adverse Party: | **Vict. Th. Engwall & Co., Inc.** |
| Attorney: | Darrell J. Graham |
| | John E. Bucheit |
| Address: | ROESER BUCHEIT & GRAHAM LLC |
| | 20 N. Wacker Dr., Ste. 1330 |
| | Chicago, IL 60606 |
| E-Mail: | dgraham@rbglegal.com |
| | jbucheit@rbglegal.com |
| Phone: | (312) 621-0301 |
| | |
| Adverse Party: | **Vict. Th. Engwall & Co., Inc.** |
| Attorney: | John K. Roche |
| | John M. Devaney |
| Address: | PERKINS COIE LLP |
| | 700 13th St., N.W., Suite 600 |
| | Washington, D.C. 20005-3960 |
| E-Mail: | jdevaney@perkinscoie.com |
| | jroche@perkinscoie.com |
| Phone: | (202) 434-1627 |

| | |
|---|---|
| Adverse Party: | **Connexus Corp.** |
| Attorney: | J. Douglas Baldridge |
| | Lisa Jose Fales |
| | Ari N. Rothman |
| | Lauren E. Ingebritson |
| Address: | VENABLE LLP |
| | 575 7th Street, N.W. |
| | Washington, DC 20004-1601 |
| E-Mail: | jdbaldridge@venable.com |
| | ljfales@venable.com |
| | anrothman@venable.com |
| Phone: | (202) 344-4000 |

ATTACHMENT TO DOCKETING STATEMENT
ADDITIONAL COUNSEL

CASE NO. 13-2137

*Beyond Systems, Inc. v. Kraft Foods Inc., et al.*

| | |
|---|---|
| Appellant: | Beyond Systems, Inc. |
| Attorney: | Stephen H. Ring |
| Address: | Law Offices of Stephen H. Ring, P.C. |
| | 506 Main Street, Suite 215 |
| | Gaithersburg, Maryland 20878 |
| E-Mail: | shr@ringlaw.us |
| Phone: | 301-563-9249 |
| | |
| Appellant: | Beyond Systems, Inc. |
| Attorney: | Michael S. Rothman |
| Address: | Law Office of Michael S. Rothman |
| | 401 E. Jefferson Street, Suite 201 |
| | Rockville, MD 20850 |
| E-Mail: | mike@mikerothman.com |
| Phone: | 301-251-9660 |