UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __13-2137__     Caption: __Beyond Systems, Inc. v. Kraft Foods, Inc., et al.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__Beyond Systems, Inc.__
(name of party/amicus)

who is __Appellant__, makes the following disclosure:
       (appellant/appellee/amicus)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

- 1 -

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/ Richard K. Willard      Date: 09/30/2013

Counsel for: Beyond Systems, Inc.

## CERTIFICATE OF SERVICE
***************************

I certify that on 09/30/2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
Lauren E. Ingebritson
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601

Counsel for Appellee Connexus Corp.

John K. Roche
John M. Devaney
PERKINS COIE LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960

Darrell J. Graham
John E. Bucheit
ROESER BUCHEIT & GRAHAM LLC
20 N. Wacker Dr., Ste. 1330
Chicago, IL 60606

Counsel for Appellees Kraft Foods, Inc., Kraft Foods Global, Inc. & Vict. Th. Engwall & Co., Inc.

/s/ Richard K. Willard                                    09/30/2013
(signature)                                                     (date)

07/19/2012
SCC

- 2 -