IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

BEYOND SYSTEMS, INC.

      Plaintiff-Appellant,

v.

KRAFT FOODS, INC., *et al.*

      Defendants-Appellees.

No.: 13-2137

On appeal from the United States District Court for the District of Maryland

(8:08-cv-00409-PJM)

## CONSENT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE

Pursuant to Fed. R. App. P. 27 and Local App. Rule 31(c), Defendants-Appellees Kraft Foods, Inc., Kraft Foods Global, and Vict. Th. Engwall & Co (collectively "Kraft"), through counsel, respectfully request that the briefing schedule in this appeal be modified to accommodate medical issues facing Kraft's counsel.[1] Specifically, Appellees request (1) that the due date for all Appellees' response briefs and related documents be extended to Monday, February 24, 2014, (an extension of 14 days) and (2) that the due date for Plaintiffs'-Appellants' reply brief be extended to Monday, March 17, 2014. Counsel for Appellant has been contacted and informed of the circumstances necessitating this request and have

---

[1] Although the Kraft Appellees are making this request, all parties agree that, if the Court grants the request, the modified schedule should also apply to Kraft's Co-Appellee, Connexus Corp.

stated that they consent to the requested modification of the briefing schedule, contingent on their receiving an additional week to reply, to March 17, because of other scheduling conflicts that they have.

In support of this motion, Appellees state as follows.

1. Pursuant to the Court's December 2, 2013 briefing order, Appellees' response briefs are due February 10, 2014. See Briefing Order (Dec. 2, 2013) [Doc. No. 19]. Appellant's reply brief is due 14 days thereafter.

2. The two lead attorneys for Kraft at trial, and principally responsible for drafting the response brief on the appeal, Darrell J. Graham and John E. Bucheit of Roeser Bucheit & Graham LLC, have had medical issues arise this week that will interfere with their ability to draft the brief under the current schedule. Specifically, Mr. Bucheit has contracted and is recovering from pneumonia and is bedridden. He is not expected to return to work until later next week. Mr. Graham's 89 year-old mother, who has pancreatic cancer, was diagnosed this week with spinal tumors. As a result, Mr. Graham needs to attend to certain family matters in North Carolina.

3. The two week extension will allow Mr. Bucheit to recover from his illness and Mr. Graham to attend to his family matters.

4. Counsel for Appellant has graciously consented to the request, but they requested an additional week to reply because of a conflict that they would

2

have if they were required to file their reply 14 days after Appellees' response briefs. Appellees have no objection to the additional week.

## CONCLUSION

For the foregoing reasons, Appellees respectfully request that the briefing schedule be modified to extend the upcoming deadlines as follows:

|  | Current Date | Proposed New Date |
| --- | --- | --- |
| Appellees' (Kraft and Connexus) Response Brief | February 10, 2014 | February 24, 2014 |
| Appellant's Reply Brief | February 24, 2014 | March 17, 2014 |

Dated: January 25, 2014

Respectfully submitted by:

PERKINS COIE LLP

By: /s/ John K. Roche
    John K. Roche
    Perkins Coie LLP
    700 13th St., N.W., Suite 600
    Washington, D.C. 20005-3960
    Tel.: (202) 434-1627
    Fax: (202) 654-9106
    JRoche@perkinscoie.com

*Counsel for Appellees Kraft Foods Inc., Kraft Foods Global, and Vict. Th. Engwall & Co.*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on January 25, 2014, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below via U.S. mail.

Richard K. Willard
Jill C. Maguire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Stephen H. Ring
STEPHEN H. RING, PC
506 Main Street, Suite 215
Gaithersburg, MD 20878

Michael S. Rothman
LAW OFFICE OF MICHAEL S. ROTHMAN
401 East Jefferson Street, Suite 201
Rockville, MD 20850-0000

*Counsel for Plaintiff-Appellant Beyond Systems, Inc.*

J. Douglas Baldridge
Lisa Jose Fales
Ari N. Rothman
Lauren E. Ingebritson
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004-1601

*Counsel for Appellee Connexus Corp.*

Darrell J. Graham
John E. Bucheit
Roeser Bucheit & Graham LLC
2 N. Riverside Plaza, Ste. 1420
Chicago, IL 60606

*Counsel for Appellees Kraft Foods Inc., Kraft Foods Global, and Vict. Th. Engwall & Co.*

By: /s/ John K. Roche
John K. Roche
Perkins Coie LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
Tel.: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com
*Counsel for Appellees Kraft Foods Inc., Kraft Foods Global, and Vict. Th. Engwall & Co.*