**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 27, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.   13-2137,        <u>Beyond Systems, Inc. v. Kraft Foods, Incorporated</u>
                      8:08-cv-00409-PJM

TO:   Ari Nicholas Rothman
      John Kuropatkin Roche

BRIEF OR APPENDIX CORRECTION DUE:  July 7, 2014

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[ ] <u>See Checklist</u>: Please make corrections identified on attached checklist.

---

[ ] The entry "administrative record adopted" must be docketed in this case.

---

[ x ] <u>Consolidated Brief</u>: Parties on the same side must file one consolidated brief. Please file a consolidated brief unless grounds exist for a motion to file separate briefs under Local Rule 28(d).

---

Joy Hargett Moore, Deputy Clerk
804-916-2702