IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |  |
|---|---|---|
| BEYOND SYSTEMS, INC. | * | |
| Plaintiff-Appellant | * | |
| v. | * | No. 13-2137 |
| KRAFT FOODS, INCORPORATED, et al. | * | |
| Defendants-Appellees | * | |

## NOTICE OF CHANGE OF ADDRESS

Please note the following change of address, effective immediately:

Old address:

Stephen H. Ring
STEPHEN H. RING, PC
506 Main St., Ste. 215
Gaithersburg, MD 20878

New address:

Stephen H. Ring
STEPHEN H. RING, PC
9901 Belward Campus Drive, Suite 175
Rockville, MD 20850

All other contact information for Mr. Ring remains unchanged.


_____/s/_____
Stephen H. Ring
STEPHEN H. RING, PC
9901 Belward Campus Drive, Suite 175
Rockville, MD 20850
Telephone: 301-563-9249
Facsimile: 301-563-9639
shr@ringlaw.us
USDC-MD Attorney No. 00405

Co-Counsel for Plaintiff-Appellant Beyond Systems, Inc.

## Certificate of Service

    I certify that a copy of the foregoing document was served on all counsel of record via the court's ECF filing system on the date shown on the e-filing stamp at the top of this page.

_____/s/_____
Stephen H. Ring