FILED: March 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2137
(8:08-cv-00409-PJM)

_____

BEYOND SYSTEMS, INC.

      Plaintiff - Appellant

v.

KRAFT FOODS, INCORPORATED; VICT.TH.ENGWALL&CO.; KRAFT FOODS GLOBAL, INCORPORATED; CONNEXUS CORPORATION

      Defendants - Appellees

and

HYDRA LLC; JOHN DOES 1-20

      Defendants

WORLD AVENUE USA, LLC

      Intervenor

JAMES JOSEPH WAGNER; HYPERTOUCH, INCORPORATED

      Third Party Plaintiffs

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk