FILED: March 19, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2137
(8:08-cv-00409-PJM)
_____

BEYOND SYSTEMS, INC.

      Plaintiff - Appellant

v.

KRAFT FOODS, INCORPORATED; VICT.TH.ENGWALL&CO.; KRAFT FOODS GLOBAL, INCORPORATED; CONNEXUS CORPORATION

      Defendants - Appellees

and

HYDRA LLC; JOHN DOES 1-20

      Defendants

WORLD AVENUE USA, LLC

      Intervenor


JAMES JOSEPH WAGNER; HYPERTOUCH, INCORPORATED

      Third Party Plaintiffs

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*