FILED: March 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2137
(8:08-cv-00409-PJM)

_____

BEYOND SYSTEMS, INC.

    Plaintiff - Appellant

v.

KRAFT FOODS, INCORPORATED; VICT.TH.ENGWALL&CO.; KRAFT FOODS GLOBAL, INCORPORATED; CONNEXUS CORPORATION

    Defendants - Appellees

and

HYDRA LLC; JOHN DOES 1-20

    Defendants

WORLD AVENUE USA, LLC

    Intervenor

JAMES JOSEPH WAGNER; HYPERTOUCH, INCORPORATED

    Third Party Plaintiffs

_____

## M A N D A T E
_____

The judgment of this court, entered February 4, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*